UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-60098-WJZ

CLAUDIO ALFONSO PALLARES,
SANTI EDWARD DIBELLA, et al.
        Plaintiffs,

Vs.

CWC TRANSPORTATION, LLC,
CARLOS ASSAYAG,
CLEMENTE E. CRUZ,
WILLIAM MASARO,
        Defendants.
_____/

## DEFENDANTS' STATEMENT OF UNDISPUTED
## MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The Defendants CWC TRANSPORTATION, LLC ("CWC"); CARLOS ASSAYAG ("Assayag"); CLEMENTE E. CRUZ, ("Cruz"); and WILLIAM MASARO ("Masaro"), collectively referred to as the "Defendants," in accordance with the Southern District of Florida's Local Rule 56.1(a) hereby submits its Statement of Undisputed Material Facts in support of its Motion for Summary Judgment:

1. Each Plaintiff was employed at all times material to this action by the Defendant CWC Transportation as a truck driver. (Complaint, DE 1, ¶¶3 & 4; Amended Complaint DE 30, ¶¶3 & 4; and 2d Amend Complaint, DE 45, ¶¶3 & 4).

2. Each Plaintiff has a Commercial Driver's license (Plaintiff's Response to the Defendant's First Request for Admissions, ¶1).

1

3. To be employed as a truck driver delivering petroleum products for the Defendants, the Plaintiff's must possess a Commercial Driver's License. (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶2.)

4. Each Plaintiff was required to keep a log book of the hours that the Plaintiffs' drive as a truck driver delivering petroleum, products for the Defendant. (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶¶4, 5.)

5. Each Plaintiff drove fuel tanker trucks for the Defendant picking up and transporting petroleum products from fuel storage terminals located in Port Everglades, Florida to retail gas stations in Florida. (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶ 10; Plaintiff's Response to the Defendant's First Request for Admissions, ¶¶3, 4).

6. The trucks and tankers used by the Plaintiffs were provided by the Defendants. (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶¶41, 42.)

7. The Plaintiff operated and drove tanker trucks which weighed in excess of 10,000 pounds. (Plaintiff's Response to the Defendant's First Request for Admissions, ¶5.)

8. At no time did the Plaintiffs operate petroleum delivery trucks (tankers) weighing 10,000 pounds or less. (Plaintiff's Response to the Defendant's First Request for Admissions, ¶6).

9. That each delivery of petroleum products by the Plaintiffs for the Defendants was accompanied by a Bill of Lading (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶43.)

10. An example of such Bill of Lading is attached to this document as Composite Exhibit C. (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶44.)

11. Each of the Plaintiffs' primary duties during their employment with the Defendants was the delivery of petroleum products for the Defendants (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶11.)

12. The Plaintiffs' duties and responsibilities as an employee of the Defendant include "safety affecting activities" within the meaning of the Motor Carrier Act of 1935, as amended. (Plaintiff's Response to the Defendant's First Request for Admissions, ¶8.)

13. At all times material to this action, the Defendants "engaged along with its employees in interstate commerce." (2d Amended Complaint, DE 45, ¶3; Amended Complaint, DE 30, ¶3; and Complaint, DE 1, ¶3.)

14. The Defendants meet the definition of being either a "Motor Private Carrier" or "Motor Carrier" as defined in 49 USC §13102. (Plaintiff's Response to the Defendant's Second Request for Admissions, ¶7.)

15. That the document attached hereto and incorporated by reference as Exhibit A is true and correct copy of the U.S. Department of Transportation Federal Motor Carrier Safety Administration issued on or about August 17, 2007 to the Defendant CWC Transportation, LLC, under Certificate Number MC-606256-C.

16. That the documents attached hereto and incorporated by reference as Exhibit B is a true and correct copy of the United States Department of Transportation Pipeline and Hazardous Materials Safety Administration, Hazardous Materials Certificate of Registration for Registration Years 2016-2019, Reg. No. 061616 551 064YA; and Registration Years 2013-2016, Reg. No. 050313 550 038VX; Company ID: 100939

17. All petroleum products that are stored at the petroleum storage terminals in Port Everglades, Florida must come from outside the State of Florida (*Plaintiff's Response to the Defendant's Second Request for Admissions,* ¶¶ *38, 39*); by either ship or it is piped in to Port Everglades (Id. ¶ *40*); because Port Everglades, Florida is not an oil refinery (*Id,* ¶ *34*); does not contain oil wells (*Id.* ¶ *35*); does not manufacture petroleum (*Id.* ¶*36*).

18. The Plaintiffs claim that they are entitled to overtime compensation from their employer, the Defendants for hours worked in excess of forty hours per week. in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216 (b) and 29 U.S.C. §201, et.seq. (2d Amended Complaint, DE-45¶*21*)

19. Each of the Plaintiffs' primary duties during their employment with the Defendants was the delivery of petroleum products for the Defendants (*Plaintiff's Response to the Defendant's Second Request for Admissions,* ¶*11*); in fact, the Plaintiffs' duties did not involve any duties other than those which directly related to the delivery of petroleum products for the Defendants (Plaintiffs' Response to Certain of Defendant CWC Transportation's Second Request for Admissions, ¶*12*), and such duties and responsibilities as an employee of the Defendants include "safety affecting activities" within the meaning of the Motor Carrier Act of 1935, as amended. (*Plaintiff's Response to the Defendant's First Request for Admissions,* ¶*8.*)

20. The Plaintiffs position in this litigation is that the Motor Carrier Exemption (as found in §13(b)(1) of the Fair Labor Standards Act ("FLSA")) does not apply to the present action because the Plaintiffs' transportation of petroleum products for the Defendants was not in interstate commerce. (Plaintiff's Response to the Defendant's First Request for Admissions, ¶¶17, 18.)

21. The only basis that the Plaintiffs' identified and expressed as to why the Motor Carrier Exemption did not apply to this case is that, "The transportation involved in Plaintiff's duties was not in interstate commerce." (Plaintiff's Response to the Defendant's Interrogatories, dated May 1, 2017, ¶¶3 and 5.)

Respectfully submitted:

/s/ RANDY M. GOLDBERG, ESQUIRE
RANDY M. GOLDBERG & ASSOCIATES, PA
1101 SW 71ST Avenue
Plantation, FL 33317
754-224-0867
FBN: 045187
rmgesq@comcast.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court was provided to the Defendant's attorney, Elliot Kozolchyk, Esquire, Koz Law, P.A. 320 SE 9th Street, Fort Lauderdale, FL 33316 @ ekoz@kozlawfirm.com via the Court's E-Portal on October 11, 2017.

/s/ RANDY M. GOLDBERG, ESQUIRE
RANDY M. GOLDBERG & ASSOCIATES, PA
1101 SW 71ST Avenue
Plantation, FL 33317
754-224-0867
FBN: 045187
rmgesq@comcast.net
randymgoldberg@gmail.com

# EXHIBIT A



U.S. Department of Transportation
Federal Motor Carrier Safety Administration

1200 New Jersey Ave., S.E.
Washington, DC 20590

**SERVICE DATE**
August 17, 2007

### CERTIFICATE
MC-606256-C
CWC TRANSPORTATION LLC
PEMBROKE PINES, FL

This Certificate is evidence of the carrier's authority to engage in transportation as a **common carrier of property (except household goods)** by motor vehicle in interstate or foreign commerce.

This authority will be effective as long as the carrier maintains compliance with the requirements pertaining to insurance coverage for the protection of the public (49 CFR 387) and the designation of agents upon whom process may be served (49 CFR 366). The carrier shall also render reasonably continuous and adequate service to the public. Failure to maintain compliance will constitute sufficient grounds for revocation of this authority.

*Kathy A. Weiner*

Kathy Weiner, Chief
Information Systems Division

**NOTE:** Willful and persistent noncompliance with applicable safety fitness regulations as evidenced by a DOT safety fitness rating of "Unsatisfactory" or by other indicators, could result in a proceeding requiring the holder of this certificate or permit to show cause why this authority should not be suspended or revoked.

CMO

# EXHIBIT B

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION



HAZARDOUS MATERIALS
CERTIFICATE OF REGISTRATION
FOR REGISTRATION YEAR(S) 2016-2019

**Registrant:** CWC TRANSPORTATION LLC
Attn: CARLOS ASSAYAG
1093 SHOTGUN RD
SUNRISE, FL 33326

This certifies that the registrant is registered with the U.S. Department of Transportation as required by 49 CFR Part 107, Subpart G.

This certificate is issued under the authority of 49 U.S.C. 5108. It is unlawful to alter or falsify this document.

**Reg. No: 061616 551 064YA**          **Effective: 07/01/2016**          **Expires: 06/30/2019**

**HM Company ID: 100939**

---

### Record Keeping Requirements for the Registration Program

The following must be maintained at the principal place of business for a period of three years from the date of issuance of this Certificate of Registration:

(1) A copy of the registration statement filed with PHMSA; and
(2) This Certificate of Registration

Each person subject to the registration requirement must furnish that person's Certificate of Registration (or a copy) and all other records and information pertaining to the information contained in the registration statement to an authorized representative or special agent of the U. S. Department of Transportation upon request.

Each motor carrier (private or for-hire) and each vessel operator subject to the registration requirement must keep a copy of the current Certificate of Registration or another document bearing the registration number identified as the "U.S. DOT Hazmat Reg. No." in each truck and truck tractor or vessel (trailers and semi-trailers not included) used to transport hazardous materials subject to the registration requirement. The Certificate of Registration or document bearing the registration number must be made available, upon request, to enforcement personnel.

For information, contact the Hazardous Materials Registration Manager, PHH-52, Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, 1200 New Jersey Avenue, SE, Washington, DC 20590, telephone (202) 366-4109.

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION



HAZARDOUS MATERIALS
CERTIFICATE OF REGISTRATION
FOR REGISTRATION YEAR(S) 2013-2016

Registrant:   CWC TRANSPORTATION LLC
Attn: CARLOS ASSAYAG
1093 SHOTGUN RD
SUNRISE, FL 33326

This certifies that the registrant is registered with the U.S. Department of Transportation as required by 49 CFR Part 107, Subpart G.

This certificate is issued under the authority of 49 U.S.C. 5108. It is unlawful to alter or falsify this document.

Reg. No: 050313 550 038VX     Issued: 05/06/2013     Expires: 06/30/2016
HM Company ID: 100939

---

### Record Keeping Requirements for the Registration Program

The following must be maintained at the principal place of business for a period of three years from the date of issuance of this Certificate of Registration:

(1) A copy of the registration statement filed with PHMSA; and
(2) This Certificate of Registration

Each person subject to the registration requirement must furnish that person's Certificate of Registration (or a copy) and all other records and information pertaining to the information contained in the registration statement to an authorized representative or special agent of the U. S. Department of Transportation upon request.

Each motor carrier (private or for-hire) and each vessel operator subject to the registration requirement must keep a copy of the current Certificate of Registration or another document bearing the registration number identified as the "U.S. DOT Hazmat Reg. No." in each truck and truck tractor or vessel (trailers and semi-trailers not included) used to transport hazardous materials subject to the registration requirement. The Certificate of Registration or document bearing the registration number must be made available, upon request, to enforcement personnel.

For information, contact the Hazardous Materials Registration Manager, PHH-52, Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, 1200 New Jersey Avenue, SE, Washington, DC 20590, telephone (202) 366-4109.

# EXHIBIT C

## CWC Transportation
1093 Shotgun Road
Sunrise, 33326
954-431-5389
Date: Monday 1/16/2017

### sun-MARATHON 149
16815 S Dixie HWY
Palmetto Bay, FL 33157

# SUNSHINE

| Product | Gross Vol | Net Vol | Inches In | Inches Out | Terminal | Manifest |
|---------|-----------|---------|-----------|------------|----------|----------|
| Regular | 5703 | 5648 | 88 | 125 | MAR-PES | 957483 |
| Super | 2801 | 2772 | 29 | 50 | MAR-PES | 957483 |

Time Loaded: 1/16/2017 2:01:36 PM
Time Dropped: 1/16/2017 3:33:55 PM
Driver: Raydel Martinez

Customer Signature: _____

1

A

COMPANY: MPLX TERMINALS LLC
ORIGIN: 909 SE 24TH ST FT LAUDERDALE, FL 33316
BOL NUMBER 957483   REV: 0 (018655)
ST LOAD: 01/16/2017 13:45:26   END LOAD: 01/16/2017 13:56:03

LOADING TICKET / BILL OF LADING
COMPANY REGISTRATION NUMBER: 6396
FOLIO #: 20170111

SOLD TO / CUSTOMER / CONSIGNEE:
492636 : SUNSHINE GASOLINE DISTRIBUTOR-BRAND

SHIP TO / DESTINATION:
492636 : SUNSHINE GASOLINE DISTRIBUTOR-BRAND
VARIOUS
FL

CUSTOMER ACCOUNT # : 449263800101000
SUPPLIER: BRANDED JOBBERS

P.O. #:
REQUISITION:
DEST : 101

RECEIVED BY / CARRIER:   7926:C W C TRANSPORTATION L
SCAC CODE : CWCL
TRAILER : 30

WHERE THIS DOCUMENT CONSTITUTES A BILL OF LADING, AND AN EXCEPTION STATED IN 49 C.F.R. §172.204(B) IS NOT MET, THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A LAWFUL CONTAINER FOR TRANSPORTATION OF THE LISTED COMMODITIES. CARRIER CERTIFIES THAT THE CARGO TANK WAS REASONABLY FREE OF EXCESSIVE RESIDUE OR OTHER CONTAMINATING MATERIALS WHEN PRESENTED FOR LOADING.

SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS

10058091 MARTINEZ, RAYDEL (RM)   X   :CARRIER'S AGENT (DRIVER)

HAZARD INFORMATION AND LABEL ON REVERSE SIDE

DOT SHIPPING NAME: UN1203, GASOLINE, 3, PG II
HAZARD LABEL #: 1
GALLONS: 8604
TOTAL QUANTITY 1 CARGO TANK: 8604

## 24 HOUR EMERGENCY PHONE NUMBER 1-877-627-5463
### FINISHED PRODUCTS

| COMP | PROD-CODE | DESCRIPTION | GROSS | NET | TEMP | GRAV | SEE NOTES BELOW |
|---|---|---|---|---|---|---|---|
| 1 | 7845 - | BRAND 93 OCTANE WITH 10% ETHANOL | 2801 | 2772 | 75.2 | 59.8 | 1,6,10,48,Z |
| 2 | 7842 - | BRAND 87 OCTANE WITH 10% ETHANOL | 1301 | 1288 | 74.2 | 64.6 | 1,6,10,48,Z |
| 3 | 7842 - | BRAND 87 OCTANE WITH 10% ETHANOL | 1100 | 1090 | 72.7 | 64.6 | 1,6,10,48,Z |
| 4 | 7842 - | BRAND 87 OCTANE WITH 10% ETHANOL | 901 | 892 | 72.9 | 64.6 | 1,6,10,48,Z |
| 5 | 7842 - | BRAND 87 OCTANE WITH 10% ETHANOL | 2401 | 2378 | 73.2 | 64.6 | 1,6,10,48,Z |
| TOTALS: | 7845 - 5A | BRAND 93 OCTANE WITH 10% ETHANOL | 2801 | 2772 | | | |
| | 7842 - 5A | BRAND 87 OCTANE WITH 10% ETHANOL | 5703 | 5648 | | | |

### NOTES

- Z   NOT INTENDED FOR USE IN E15.
- 1   CONVENTIONAL GASOLINE - THIS PRODUCT DOES NOT MEET THE REQUIREMENTS FOR REFORMULATED GASOLINE (RFG) AND MAY NOT BE USED IN ANY REFORMULATED GASOLINE COVERED AREA.
- 6   DETERGENT-ADDITIZED GASOLINE.
- 10  E10: CONTAINS BETWEEN 9 AND 10 VOL % ETHANOL.
- 48  THIS VOLUME OF NEAT OR BLENDED ETHANOL IS DESIGNATED AND INTENDED FOR USE AS TRANSPORTATION FUEL OR JET FUEL IN THE 48 U.S. CONTIGUOUS STATES AND HAWAII. ANY PERSON EXPORTING THIS FUEL IS SUBJECT TO THE REQUIREMENTS OF 40 CFR 80.1430.

RECEIPT IS ACKNOWLEDGED OF THE ABOVE MERCHANDISE IN GOOD CONDITIONS AND IN THE QUANTITIES INDICATED.
X   :CUSTOMER / CONSIGNEE

# CWC Transportation

1093 Shotgun Road
Sunrise, 33326
954-431-5389
Date: Monday 1/16/2017

## sun-EXXON 91

901 NW 19th Street
Ft. Lauderdale, FL.

## SUNSHINE

| Product | Gross Vol | Net Vol | Inches In | Inches Out | Terminal | Manifest |
|---|---|---|---|---|---|---|
| Regular | 6000 | 5958 | 392 / 35 | 68 / 74 | EXX-PTE | 1384858 |
| Super | 2500 | 2482 | 35 | 54 | EXX-PTE | 1384858 |

Time Loaded: 1/16/2017 12:55:37 PM
Time Dropped: 1/16/2017 2:10:02 PM
Driver: Lloyd Crowle

Customer Signature: _____

1

| SOLD TO: | SOLD TO / CONTRACT# | PO # | PLANT ID# 00000A7 FOLIO #: 01/016 | BOL # 1384858 |
|---|---|---|---|---|
| SUNSHINE GASOLINE DISTRIBUTORS,<br>1650 NW 87 AVE<br>DORAL, FL   33172 | IN0000368590 | | SHIPMENT ORIGIN:<br>1150 Spangler Blvd.<br>Ft. Lauderdale, FL 33316 | |
| SHIP TO:<br>SUNSHINE GASOLINE DISTRIBUTORS,<br>SUNSHINE GASOLINE DISTRIBUTORS, INC<br>P/U PORT EVERGLADES, FL - XOM<br>PORT EVERGLADES, FL   33316 | SHIP TO #<br>IN0000368610 | LOAD IN /<br>DATE:<br>12:37<br>01/16/17 | LOAD OUT /<br>DATE:<br>12:46<br>01/16/17 | TRANSFEROR:<br>ExxonMobil Oil Corporation<br>22777 Springwood Village Parkway<br>Spring, TX   77389<br>EPA Facility Reg. #  0435081694<br>EPA #:   FEIN #:<br>4343    13-5401570 |
| TRNS CODE: 530 | SEQ#: 5290 | | | |

| NO. UNITS &<br>CONTAINER TYPE | BASIC DESCRIPTION<br>Identification Number (UN or NA), Proper Shipping Name, Hazard Class, Packing Group, per 172.101, 172.202, 172.203 | TOTAL QUANTITY<br>Weight, Gallons, Volume |
|---|---|---|
| 1 CARGO TANK | UN1203, GASOLINE, 3,  P.G. II | 8500 GALLONS |

**FOR PRODUCT EMERGENCY - SPILL, LEAK, FIRE, OR EXPOSURE, CALL CHEMTREC  800-424-9300 DAY OR NIGHT. CCN687006**
SEE REVERSE SIDE FOR HAZARDOUS WARNING, INITIAL EMERGENCY RESPONSE GUIDE (ERG128) AND OTHER INFORMATION.

| METER # | MATERIAL # | MATERIAL DESCRIPTION | GROSS | TEMP. | GRAVITY | NET |
|---|---|---|---|---|---|---|
| Bay-03 | 106337 | EXXON 93 OCT CG 3.5W%O2 ETOH | 2500 | 70.9 | 58.6 | 2482 |
| 01-01 | 103687 | 93 OCT CBOB - BASE | 2250 | | | 2235 |
| 01-02 | 106268 | ETHANOL, NO RINS TRANSFERRED | 250 | | | 247 |
| Bay-03 | 106353 | EXXON 87 OCT CG 3.5W%O2 ETOH | 2200 | 69.7 | 65.3 | 2185 |
| 02-01 | 103685 | 87 OCT CBOB - BASE | 1980 | | | 1968 |
| 02-03 | 106268 | ETHANOL, NO RINS TRANSFERRED | 220 | | | 217 |
| Bay-03 | 106353 | EXXON 87 OCT CG 3.5W%O2 ETOH | 3800 | 69.9 | 65.3 | 3773 |
| 03-01 | 103685 | 87 OCT CBOB - BASE | 3420 | | | 3398 |
| 03-02 | 106268 | ETHANOL, NO RINS TRANSFERRED | 380 | | | 375 |
| | | Total Gallons: | 8500 | | | 8440 |

THIS PRODUCT IS CONVENTIONAL GASOLINE CONTAINING DETERGENT ADDITIVE. THIS
PRODUCT DOES NOT MEET THE REQUIREMENTS FOR REFORMULATED GASOLINE AND MAY NOT BE
USED IN ANY REFORMULATED GASOLINE COVERED AREA.
E10: CONTAINS  BETWEEN 9 AND 10 VOL%  ETHANOL.
This volume of neat or blended ethanol is designated and intended for use as
transportation fuel or jet fuel in the 48 U.S.contiguous states and Hawaii. Any
person exporting this fuel is subject to the requirements of 40 CFR 80.1430.
DOR LICENSE # 13-5401570

EXXONMOBIL IS RESPONSIBLE FOR COLLECTING AND REMITTING THE STATE MOTOR FUEL TAXES.

ALL DOT SHIPPING INFORMATION CONTAINED ON PAGE NO. 1                    PAGE NO. 1

| DRIVER NAME<br>LLOYD   CROWLE<br>TRUCK: | DRIVER #<br>3656<br>TRAILER 1:13 | SCAC<br>CWCL | FEIN #<br>0260156778 | Carrier has loaded and accepted the above named materials and certifies that this shipment is properly placarded and the container supplied for this shipment is a proper container for the transportation of this commodity under D.O.T. regulations. Driver acknowledges Emergency Response Guide 128 Information received on reverse side of this document. |
|---|---|---|---|---|
| CARRIER<br>CWC TRANSPORTATION<br>1093 SHOTGUN RD<br>SUNRISE, FL   33326<br>(954)862-7776 | | FREIGHT<br>COLLECT | | DATE:  01/16/17<br>DRIVER/ AGENT<br>SIGNATURE: |