UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60098-civ-Zloch

CLAUDIO ALFONSO PALLARES, et al.,

    Plaintiffs,

v.

CWC TRANSPORTATION, LLC, et al.,

    Defendants.

_____/

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS**

Plaintiffs, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, hereby file their Statement of Material Facts in support of their Motion for Partial Summary Judgment as follows:

1. Defendants are covered employers under the Fair Labor Standards Act (FLSA).[1]

2. Plaintiffs were full time employees of Defendants driving tanker trucks provided by Defendants, delivering petroleum products for Defendants from fuel terminals located at Port Everglades, Florida to retail gas stations in Florida.[2]

3. Plaintiffs regularly worked over 40 hours per week.[3]

4. The date ranges, number of hours worked, and regular hourly rates of pay indicated in Plaintiffs' Statements of Claims, filed at docket entries 45-1, 45-2, 45-3, 45-4, 45-5, 45-6, 45-7,

---

[1] Joint Stipulation of Fact [DE 52] at ¶ 1.
[2] Joint Stipulation of Fact [DE 52] at ¶ 2.
[3] Joint Stipulation of Fact [DE 52] at ¶ 3.

45-8, 45-9, 45-10, 45-11, 45-12, 45-13, 45-14, 45-15, 45-16, 45-17, 45-18, 45-19, and 45-20 are true and correct.[4]

5. Defendants only paid Plaintiffs their regular hourly rates of pay and not 1.5 times Plaintiffs' regular hourly rates of pay for hours worked over 40 each week.[5]

6. Defendants' only basis for claiming that Plaintiffs are not entitled to overtime pay is the Motor Carrier Exemption Section 13 (b)(1) of the FLSA and 29 U.S.C. 213(b)(1).[6]

7. The companies that operate terminals at Port Everglades, Florida, and that distribute gasoline to Defendant CWC, include Buckeye Terminals, Inc., Chevron Products Company, Citgo Petroleum Corporation, ExxonMobil Oil Corporation, Marathon Petroleum Company, Motiva Enterprises, LLC, TransMontaigne, and Valero Energy.[7]

8. Gasoline is delivered from out-of-state refineries to Port Everglades via large tanker ships which use pumps to transfer the gasoline into storage tanks at the port.[8]

9. All gasoline delivered to Port Everglades is "base gasoline."[9]

10. Base gasoline does not contain any fuel detergents, ethanol, or other fuel additives.[10]

11. Base gasoline, without further processing, cannot be sold to the general public.[11]

---

[4] Joint Stipulation of Fact [DE 52] at ¶ 4.
[5] Joint Stipulation of Fact [DE 52] at ¶ 5.
[6] Joint Stipulation of Fact [DE 52] at ¶ 6.
[7] *Avila Aff.* at ¶ 7. *Cardullo Aff.* at ¶ 7. *Pallares Aff.* at ¶ 7. *Demps Aff.* at ¶ 7.
[8] *Avila Aff.* at ¶ 8. *Cardullo Aff.* at ¶ 8. *Pallares Aff.* at ¶ 8. *Demps Aff.* at ¶ 8.
[9] *Avila Aff.* at ¶ 8. *Cardullo Aff.* at ¶ 8. *Pallares Aff.* at ¶ 8. *Demps Aff.* at ¶ 8.
[10] *Avila Aff.* at ¶ 8. *Cardullo Aff.* at ¶ 8. *Pallares Aff.* at ¶ 8. *Demps Aff.* at ¶ 8.
[11] *Avila Aff.* at ¶ 8. *Cardullo Aff.* at ¶ 8. *Pallares Aff.* at ¶ 8. *Demps Aff.* at ¶ 8.

12. Gasolines sold at Port Everglades include "branded gasoline" such as Marathon, Citgo, Shell, Valero, Chevron, ExxonMobil, and Sunoco, and "unbranded gasoline," which is not marketed under a specific trade name.[12]

13. Both branded and unbranded gasolines have fuel detergents, ethanol, and other additives added to them.[13]

14. Different brands of gasoline are defined by what fuel detergents, ethanol, and other additives are added to the base gasoline.[14]

15. All gasoline (100%) loaded into CWC trucks at Port Everglades have fuel detergents added to them.[15]

16. More than ninety-nine and a half percent (>99.5%) of gasoline loaded into CWC trucks also has ethanol added to it.[16]

17. The ethanol added to gasoline typically comprises 10% of the total volume of the gasoline.

18. Less than half of one percent (<0.5%) of gasolines loaded into CWC trucks at Port Everglades do not have ethanol added to them.[17]

19. Gasolines with no ethanol added to them include diesel and "Rec-90".[18]

20. Gasolines with no ethanol added to them still have fuel detergents and other additives added to them.[19]

---

[12] *Avila Aff.* at ¶ 9. *Cardullo Aff.* at ¶ 9. *Pallares Aff.* at ¶ 9. *Demps Aff.* at ¶ 9.
[13] *Avila Aff.* at ¶ 9. *Cardullo Aff.* at ¶ 9. *Pallares Aff.* at ¶ 9. *Demps Aff.* at ¶ 9.
[14] *Avila Aff.* at ¶ 9. *Cardullo Aff.* at ¶ 9. *Pallares Aff.* at ¶ 9. *Demps Aff.* at ¶ 9.
[15] *Avila Aff.* at ¶ 10. *Cardullo Aff.* at ¶ 10. *Pallares Aff.* at ¶ 10. *Demps Aff.* at ¶ 10.
[16] *Avila Aff.* at ¶ 10. *Cardullo Aff.* at ¶ 10. *Pallares Aff.* at ¶ 10. *Demps Aff.* at ¶ 10.
[17] *Avila Aff.* at ¶ 10. *Cardullo Aff.* at ¶ 10. *Pallares Aff.* at ¶ 10. *Demps Aff.* at ¶ 10.
[18] *Avila Aff.* at ¶ 10. *Cardullo Aff.* at ¶ 10. *Pallares Aff.* at ¶ 10. *Demps Aff.* at ¶ 10.
[19] *Avila Aff.* at ¶ 10. *Cardullo Aff.* at ¶ 10. *Pallares Aff.* at ¶ 10. *Demps Aff.* at ¶ 10.

21. Fuel detergents fundamentally alter the gasoline by preventing the accumulation of carbon deposits in vehicles' engines and fuel systems.[20]

22. Fuel detergents greatly improve the vehicle's fuel economy, handling, drivability, longevity, and the time between vehicle repairs and maintenance.[21]

23. Fuel detergents also reduce the vehicle's emissions into the atmosphere that cause pollution.[22]

24. Different branded gasolines perform differently depending on their fuel detergents and other additives.[23]

25. All branded and unbranded fuel loaded into CWC trucks at Port Everglades are produced at Port Everglades mixing base gasoline, ethanol, fuel detergents, and other additives.[24]

26. The fuel loaded into CWC trucks is fully mixed and processed branded and unbranded fuel.[25]

27. No additional mixing or processing occurs during or after the time CWC truck drivers transport the fuel.[26]

28. CWC gives its tanker truck drivers computer tablets with the gasoline orders to be fulfilled each day.[27]

---

[20] *Avila Aff.* at ¶ 11. *Cardullo Aff.* at ¶ 11. *Pallares Aff.* at ¶ 11. *Demps Aff.* at ¶ 11.
[21] *Avila Aff.* at ¶ 11. *Cardullo Aff.* at ¶ 11. *Pallares Aff.* at ¶ 11. *Demps Aff.* at ¶ 11.
[22] *Avila Aff.* at ¶ 11. *Cardullo Aff.* at ¶ 11. *Pallares Aff.* at ¶ 11. *Demps Aff.* at ¶ 11.
[23] *Avila Aff.* at ¶ 11. *Cardullo Aff.* at ¶ 11. *Pallares Aff.* at ¶ 11. *Demps Aff.* at ¶ 11.
[24] *Avila Aff.* at ¶ 12. *Cardullo Aff.* at ¶ 12. *Pallares Aff.* at ¶ 12. *Demps Aff.* at ¶ 12.
[25] *Avila Aff.* at ¶ 12.
[26] *Avila Aff.* at ¶ 12.
[27] *Avila Aff.* at ¶ 13. *Cardullo Aff.* at ¶ 13. *Pallares Aff.* at ¶ 13. *Demps Aff.* at ¶ 13.

29. The tablets specify separately which terminal at Port Everglades to go to, and whether branded or unbranded gasoline is ordered.[28]

30. When the driver arrives at the terminal, the driver enters into a computer kiosk at the terminal the number of gallons ordered and the type of gasoline ordered; e.g., regular 87-octane branded, regular 87-octane unbranded, mid-grade 89-octane branded, mid-grade 89-octane unbranded, premium 93-octane branded, premium 93-octane unbranded, and diesel.[29]

31. The computer system then mixes and loads into the truck the precise quantities of base gasoline, fuel detergent, ethanol, and other additives that create the brand of gasoline ordered.[30]

32. Once branded and unbranded gasolines are produced, those gasolines are not interchangeable.[31]

33. By law and in practice, CWC cannot sell one branded or unbranded gasoline as a different branded or unbranded gasoline.[32]

34. Similarly, after they have been produced, branded and unbranded gasolines cannot then be mixed and sold as something else.[33]

35. Prices for gasoline at each Port Everglades terminal fluctuate daily.[34]

36. CWC decides which terminal its truck drivers select to fulfill unbranded gasoline orders based on whichever terminal is selling gasoline the cheapest on any given day.[35]

---

[28] *Avila Aff.* at ¶ 13. *Cardullo Aff.* at ¶ 13. *Pallares Aff.* at ¶ 13. *Demps Aff.* at ¶ 13.
[29] *Avila Aff.* at ¶ 13. *Cardullo Aff.* at ¶ 13. *Pallares Aff.* at ¶ 13. *Demps Aff.* at ¶ 13.
[30] *Avila Aff.* at ¶ 13. *Cardullo Aff.* at ¶ 13. *Pallares Aff.* at ¶ 13. *Demps Aff.* at ¶ 13.
[31] *Avila Aff.* at ¶ 14. *Cardullo Aff.* at ¶ 14. *Pallares Aff.* at ¶ 14. *Demps Aff.* at ¶ 14.
[32] *Avila Aff.* at ¶ 14. *Cardullo Aff.* at ¶ 14. *Pallares Aff.* at ¶ 14. *Demps Aff.* at ¶ 14.
[33] *Avila Aff.* at ¶ 14. *Cardullo Aff.* at ¶ 14. *Pallares Aff.* at ¶ 14. *Demps Aff.* at ¶ 14.
[34] *Avila Aff.* at ¶ 15. *Cardullo Aff.* at ¶ 15. *Pallares Aff.* at ¶ 15. *Demps Aff.* at ¶ 15.
[35] *Avila Aff.* at ¶ 15. *Cardullo Aff.* at ¶ 15. *Pallares Aff.* at ¶ 15. *Demps Aff.* at ¶ 15.

37. The major refining companies (e.g., Marathon, Shell, Exxon, Valero) that own and operate the fuel terminals at Port Everglades do not own nor operate the retail gasoline locations that sell gasoline to the ultimate consumer.[36]

38. Refining companies at Port Everglades do not sell directly to retail gas stations.[37]

39. Refining companies sell to "jobbers" such as Sunshine Gasoline Distributors, Inc.[38]

40. A jobber is a petroleum marketer that acts as a "middleman" between the refining companies and the retail gasoline stations.[39]

41. Jobbers sell gasoline to retail gas stations which, in turn, sell gasoline to the ultimate consumer.[40]

42. When base gasoline is delivered to storage terminals at Port Everglades, it is not yet known or determined which jobber will purchase that gasoline, what kind of branded or unbranded gasoline it will become, or which retail gas stations it will be delivered to.[41]

43. CWC is contracted and paid by jobbers, such as Sunshine Gasoline Distributors, Inc., to transport fuel from Port Everglades terminal to retail gas stations.[42]

44. CWC is not paid by the refining companies to transport fuel from Port Everglades terminal to retail gas stations.[43]

---

[36] *Avila Aff.* at ¶ 16. *Cardullo Aff.* at ¶ 16. *Pallares Aff.* at ¶ 16. *Demps Aff.* at ¶ 16.
[37] *Avila Aff.* at ¶ 17. *Cardullo Aff.* at ¶ 17. *Pallares Aff.* at ¶ 17. *Demps Aff.* at ¶ 17.
[38] *Avila Aff.* at ¶ 17. *Cardullo Aff.* at ¶ 17. *Pallares Aff.* at ¶ 17. *Demps Aff.* at ¶ 17.
[39] *Avila Aff.* at ¶ 17. *Cardullo Aff.* at ¶ 17. *Pallares Aff.* at ¶ 17. *Demps Aff.* at ¶ 17.
[40] *Avila Aff.* at ¶ 17. *Cardullo Aff.* at ¶ 17. *Pallares Aff.* at ¶ 17. *Demps Aff.* at ¶ 17.
[41] *Avila Aff.* at ¶ 18.
[42] *Avila Aff.* at ¶ 19. *Cardullo Aff.* at ¶ 18. *Pallares Aff.* at ¶ 18. *Demps Aff.* at ¶ 18.
[43] *Avila Aff.* at ¶ 19. *Cardullo Aff.* at ¶ 18. *Pallares Aff.* at ¶ 18. *Demps Aff.* at ¶ 18.

45. Refining companies do not deliver base gasoline to Port Everglades terminals to fulfill specific orders of branded or unbranded gasoline by jobbers.[44]

46. CWC fills orders for jobbers on a daily as-needed basis at Port Everglades.[45]

47. CWC is independently owned and not a subsidiary of any refining company.[46]

48. CWC is not a for-hire motor carrier for any refining company.[47]

                                            Respectfully submitted,

                                            Koz Law, P.A.
                                            320 S.E. 9th Street
                                            Fort Lauderdale, Florida 33316
                                            Phone: (786) 924-9929
                                            Fax:   (786) 358-6071
                                            Email: ekoz@kozlawfirm.com

                                            _/s/ Elliot A. Kozolchyk_

                                            Elliot Kozolchyk, Esq.
                                            Bar No.: 74791

---

[44] *Avila Aff.* at ¶ 20.
[45] *Avila Aff.* at ¶ 21.
[46] *Avila Aff.* at ¶ 22. *Cardullo Aff.* at ¶ 19. *Pallares Aff.* at ¶ 19. *Demps Aff.* at ¶ 19.
[47] *Avila Aff.* at ¶ 23. *Cardullo Aff.* at ¶ 20. *Pallares Aff.* at ¶ 20. *Demps Aff.* at ¶ 20.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 16, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

      Respectfully submitted,

      Elliot Kozolchyk, Esq.

**SERVICE LIST**

Randy M. Goldberg, Esq.
*Counsel for Defendants*
Randy M. Goldberg & Associates, P.A.
1101 SW 71st Ave
Plantation, FL 33317
Tel: (754) 224-0867
E-mail: rmgesq@comcast.net, randymgoldberg@gmail.com