UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60098-CIV-ZLOCH

CLAUDIO ALFONSO PALLARES, et al.,

    Plaintiffs,

vs.                                      **O R D E R**

CWC TRANSPORTATION, LLC, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendants' Motion To Dismiss Second Amended Complaint (DE 46). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the legal issues raised by Defendants' instant Motion are more properly addressed in a Motion For Summary Judgment, when discovery may present the Court with a full record upon which it may address and decide said issues.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendants' Motion To Dismiss Second Amended Complaint (DE 46) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2017.

/s/ William J. Zloch
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel and Parties Of Record